UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDRA KOENIGSBERG, individually
and on behalf of all others similarly situated et al.,

                Plaintiff,

-against-

THE BOARD OF TRUSTEES OF COLUMBIA
UNIVERSITY IN THE CITY OF NEW YORK,

                Defendants.

**ORDER**

23 Civ. 1044 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the conference in this action presently scheduled for June 1, 2023 is adjourned <u>sine die</u>. It is further ordered that the following schedule will apply to Defendant's motion to dismiss:

1. Defendant's motion to dismiss is due by June 20, 2023;
2. Plaintiffs' opposition is due July 11, 2023;
3. Defendant's reply, if any, July 18, 2023.

Dated: New York, New York
       May 30, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge