**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

ALEXANDRA KOENIGSBERG, MAXWELL KOENIGSBERG, and OLGA STAMBLER, Individually and On Behalf of All Others Similarly Situated,

                Plaintiffs,

-against-

THE BOARD OF TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,

                Defendant.

-----------------------------------------------------------------X

23 **CIVIL** 1044 (PGG)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated March 22, 2024 Defendant's motion to dismiss is granted. Judgment is entered for Defendant, and the case is closed.

**Dated:** New York, New York

    March 25, 2024

                                              **RUBY J. KRAJICK**
                                              **Clerk of Court**

                     **BY:**

                                              **Deputy Clerk**