UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXANDRA KOENIGSBERG, MAXWELL KOENIGSBERG, and OLGA STAMBLER, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiffs,<br><br>   v.<br><br>THE BOARD OF TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,<br><br>      Defendant. | **ORDER**<br><br>23 Civ. 1044 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

    The following schedule will apply to Plaintiffs' motion to amend judgment (Dkt. No. 36):

    (1) Defendant's opposition brief is due by **May 8, 2024**; and

    (2) Plaintiffs' reply, if any, is due by **May 15, 2024.**

Dated: New York, New York
     April 24, 2024

                     SO ORDERED.

                     *Paul G. Gardephe*
                     Paul G. Gardephe
                     United States District Judge